IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RANDOLPH J. NORWOOD,

        Appellant,

 v.

Case No.  5D22-152
LT Case No. 2021-CA-005544-O

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed May 10, 2022

Appeal from the Circuit Court
for Orange County,
Jeffrey L. Ashton, Judge.

Randolph J. Norwood, Bristol, Pro se.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


EISNAUGLE, SASSO and WOZNIAK, JJ., concur.